# Court of Appeals
# of the State of Georgia

ATLANTA,__December 22, 2014____

*The Court of Appeals hereby passes the following order:*

**A15A0426. STEVIE EUSERY v. THE STATE.**

In 2001, Stevie Eursery pled guilty to two counts of armed robbery, and the trial court sentenced him to 15 years on each count, to run consecutively. Eusery filed a "Motion to Correct a Void Judgment," arguing that the combined 30 year sentence exceeded that permitted by law. According to Eusery, the sentences should run concurrently. The trial court found that it lacked jurisdiction to rule on the motion, and Eursery filed this direct appeal.

A direct appeal may lie from an order denying a motion to vacate or correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void. See *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). A sentence is void only if it imposes punishment that the law does not allow. See *Crumbley v. State*, 261 Ga. 610, 611 (a) (409 SE2d 517) (1991). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

Eusery's sentences fall within the permissible range for armed robbery. See OCGA § 16-8-41 (b) ("[a] person convicted of the offense of armed robbery shall be punished by death or imprisonment for life or by imprisonment for not less than ten nor more than 20 years."). Furthermore, the trial court was authorized to impose consecutive sentences based upon the two separate charges of armed robbery. See

*Simpson v. State*, 310 Ga. App. 63, 64 (715 SE2d 675) (2011). Under these circumstances, Eusery has not raised a colorable void sentence claim, and this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*＿＿＿12/22/2014＿＿＿
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*